Form B3B
(04/09/06)

United State Bankruptcy Court
Northern      District of ____Illinois____

In re John Rembert                              Case No. 07-14082
         Debtor(s)

## ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

> This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[X] DENIED.

> The debtor shall pay the chapter 7 filing fee according to the following terms:
>
> $ _75.00_ on or before _8/20/07_
> $ _75.00_ on or before _9/7/07_
> $ _75.00_ on or before _9/29/07_
> $ _74.00_ on or before _10/12/07_
>
> Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.
>
> IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CHAPTER 7 CASE.

[ ] SCHEDULED FOR HEARING.

> A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ am/pm at _____.
> (address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

                                                    *Jacqueline P. Cox*

BY THE COURT:

DATE: _8-6-07_                   _____
                                 United States Bankruptcy Judge

## CERTIFICATE OF SERVICE

Case Number:   07 B 14082

Case Name: John A. Rembert

**FILED**

**AUG - 6 2007**

Judge Jacqueline P. Cox
United States Bankruptcy Court

I, Anthony Watson, Courtroom Deputy to the Honorable Judge Jacqueline P. Cox, do hereby certify that on the August 6, 2007, I caused to be served via First Class Mail a true and correct copy of:

Order on Debtor's Application For Waiver of The Chapter 7 Filing Fee Dated : August 6, 2007 addressed to each of the following named individuals :

John A. Rembert
1252 N. Pine #1N
Chicago, IL 60651

N. Neville Reid
Mayer Brown Rowe & Maw
71 South Wacker Drive
Suite 3200
Chicago, IL 60606

William T. Neary
Office of the U. S. Trustee
227 West Monroe St, Suite 3350
Chicago, IL 60606

Anthony Watson
Courtroom Deputy